UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LLOYDENE HILL,

       Plaintiff,

v.

COMMISSIONER, Social Security Administration,

       Defendant.

Civil No. 07-1041-JE

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation [21] in this action that recommended that the Commissioner's motion for a remand should be denied and that a Judgment should be entered remanding this action to the agency for an award of benefits. No objections were filed to this Findings and Recommendation, and the case was referred to me.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that

1 - ORDER

there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [21] is adopted. The Commissioner's motion seeking a remand for further proceedings [17] is DENIED. Judgment shall be entered remanding this action to the agency for calculation of an award of benefits to plaintiff Lloydene Hill.

IT IS SO ORDERED.

Dated this  18  day of November, 2008.


                                                                                        /s/ Ancer L. Haggerty  
                                                                                           Ancer L. Haggerty  
                                                                     United States District Judge