FILED'08 NOV 19 11:47 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LLOYDENE HILL,

    Plaintiff,

    v.

COMMISSIONER, Social Security Administration,

    Defendant.

Civil No. 07-1041-JE

JUDGMENT

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is REMANDED to the Commissioner of Social Security for calculation of an award of benefits to plaintiff Lloydene Hill.

Dated this __19__ day of November, 2008.

ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE