WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 JUN 23 09:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LLOYDENE HILL**,                                          CV 07-1041-JE

    Plaintiff,

vs.                                                         ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $16,147.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. If Plaintiff's attorney receives any fee awarded pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, he shall refund to Plaintiff the smaller of the two fees received for the same services. The agency is directed to send to Plaintiff's attorney **at his current address shown above** the fee awarded pursuant to 42 U.S.C. § 406(b), in the amount of $16,147.75, minus any user fee. Any additional amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 22 day of June, 2009.

*/s/ John Jelderks*
United States ~~District~~ Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1