FILED'09 JUN 24 14:42USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LLOYDENE HILL,

    Plaintiff,

v.

COMMISSIONER, Social Security Administration,

    Defendant.

Civil No. 07-1041-JE

O R D E R

HAGGERTY, District Judge:

    Magistrate Judge Jelderks issued an Amended Findings and Recommendation [31] in this action that recommended that plaintiff's request to recover attorneys fees in the amount of $9,681.60 [25] should be granted following the prior Judgment [24] that was entered on November 19, 2008, remanding this action to the agency for an award of benefits. No objections were filed to this Findings and Recommendation, and the case was referred to me.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Amended Findings and Recommendation [31] is adopted. The request by counsel for plaintiff Lloydene Hill to recover attorneys fees in the amount of $9,681.60 [25] is GRANTED. This case remains closed.

IT IS SO ORDERED.

Dated this 24 day of June, 2009.

                                             Ancer L. Haggerty
                                             United States District Judge

2  - ORDER