WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 JUL 31 10:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LLOYDENE HILL,**                                              CV # 07-1041-JE

  Plaintiff,

vs.                                                             ORDER

**COMMISSIONER of Social Security,**

  Defendant.

_____

A supplemental award of attorney fees in the amount of $600.00 is hereby granted to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 30 day of July, 2009.

_____
United States ~~District~~ / Magistrate Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1